IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| In the Matter of: | ) | |
| | ) | Case No. 22-00273 -DSC |
| Elaine Ridgel, | ) | |
| | ) | |
| Debtor(s). | ) | Chapter 13 |
| | ) | |

## NOTICE AND ORDER

NOTICE is hereby given that on September 5, 2025, the Debtor filed an Application to Employ Honora M. Gathings and Lloyd W. Gathings of Gathings Law as special counsel for the Debtor. It appears to this Court that the Application and the Verified Statement of the attorney to be employed meet the requirements of the Bankruptcy Code and the Bankruptcy Rules for such employment, and that it is in the best interests of the bankruptcy estate to approve such employment, subject to an opportunity for objections. Now therefore,

It is **ORDERED, ADJUDGED, and DECREED** that the Application to Employ Honora M. Gathings and Lloyd W. Gathings of Gathings Law as special counsel for the Debtor is hereby **APPROVED unless an objection is filed within twenty-one (21) days from the date of this Notice and Order.** If a written objection and request for hearing are *timely* filed, a hearing will be scheduled by subsequent notice to consider the Application and the objection.

The Application seeks compensation based upon a contingency fee. The amount or percentage of the contingency fee requested is neither approved nor disapproved at this time and will be considered after proposed special counsel properly files an Application for Compensation pursuant to Rule 2016 of the Bankruptcy Rules. Fees and expenses may be paid to said professional from property of the bankruptcy estate only on application after notice and hearing, and only as approved by this Court pursuant to §§ 330(a) and 331 of the Bankruptcy Code.

This Order approves the employment of this proposed special counsel only. Any additional attorneys, law firms, or other professionals seeking compensation, expenses, or other payment (including but not limited to a referral fee) from property of the bankruptcy estate must first obtain this Court's approval of their employment and their compensation, expenses, or other payment.

Dated: September 15, 2025

                                                  /s/ D. Sims Crawford
                                                  D. SIMS CRAWFORD
                                                  United States Bankruptcy Judge

/stc