UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE:

    ELAINE RIDGEL                                                             CASE # 22-00273-DSC13

  Debtor.

## TRUSTEE'S NOTICE OF CONTINUING DEFAULT

COMES NOW Bradford W. Caraway, Chapter 13 Standing Trustee, and hereby gives notice that the Debtor has failed to continue making timely payments as ordered by this Honorable Court.

Accordingly, the Trustee moves the Court to dismiss this case without further notice or hearing.

                                        /s/ Bradford W. Caraway
                                        Bradford W. Caraway
                                        Chapter 13 Standing Trustee
                                        P.O. Box 10848
                                        Birmingham, AL 35202-0848
                                        (205) 323-4631

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Notice has been forwarded by email or U.S. Mail, postage prepaid and properly addressed, to the following on this 17th day of September, 2025:

ELAINE RIDGEL
4625 STERLING GLEN LANE
PINSON, AL 35126

THE LAW OFFICES OF KEITH R MARTIN

                                        /s/ Bradford W. Caraway
                                        TRUSTEE

# Bradford W. Caraway
## INTERIM STATEMENT AS OF 09/17/2025

CASE NO: 22-00273-DSC13  
STATUS:  
POT PLAN  

DEBTOR: XXX-XX-6542  
RIDGEL, ELAINE  
AKA:  
4625 STERLING GLEN LANE  
PINSON, AL 35126  

DATE FILED: 02/04/2022  
CONFIRMED: 06/23/2022  
MODIFIED:  
BAR DATE: 04/15/2022 Non-Government  
08/03/2022 Government  

PERCENTAGE: POT PLAN  
EMPLOYER: GRANDVIEW MEDICAL CENTER   T.M. 01/29/2023  
PLAN: 60 MONTHS  
MONTHS ON SCHEDULE: (17 LEFT)  
MONTHS TO PAYOFF: (20 LEFT)  
ATTORNEY: THE LAW OFFICES OF KEITH R MARTIN  

SCHEDULE: 1,104.00 MONTHLY  
TOTAL PAID: 25,864.16  

### LAST 12 TRANSACTIONS

| Date | Source | Amount |
|---|---|---|
| 06/26/25 | Personal Check | 1,104.00 |
| 05/27/25 | Personal Check | 1,104.00 |
| 04/28/25 | Personal Check | 502.62 |
| 04/15/25 | Personal Check | 502.62 |
| 02/19/25 | Personal Check | 502.62 |
| 12/24/24 | Personal Check | 502.62 |
| 11/26/24 | Personal Check | 502.62 |
| 10/22/24 | Personal Check | 502.62 |
| 09/09/24 | Personal Check | 502.62 |
| 07/01/24 | Personal Check | 650.00 |
| 05/07/24 | Personal Check | 502.62 |
| 03/12/24 | Personal Check | 502.62 |

### DIRECT PAY AND NOT FILED CLAIMS

| CLAIM | CRED NO | CREDITOR NAME | DISB CODE | CLASS | ARREARS | FIXED PAYMENT | SCHED AMOUNT | PAID BY TRUSTEE | BALANCE DUE | CLAIM STATUS |
|---|---|---|---|---|---|---|---|---|---|---|
|  | 305191 | CAPITAL ONE | PRO | UNS | 0.00 | 0.00 | 450.00 | 0.00 | 0.00 | NOT FILED |
|  | 279210 | CREDITOR BUREAU ASSOC | PRO | UNS | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 | NOT FILED |
|  | 258615 | CAPITAL ONE AUTO FINANCE | PRO | UNS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | NOT FILED |
| 005A | 341026 | FREEDOM MORTGAGE | PRO | SEC | 0.00 | 0.00 | 119,754.44 | 0.00 | 0.00 | DIRECT |

### PLAN AND FILED CLAIMS

| CLAIM NO | CRED NO | CREDITOR NAME / CLAIM REMARK | DISB CODE | CLASS / PAY% | LAST DISB / INT. RATE | FIX PAY / ARREARS | ORG. CLAIM / INT. BEGIN | APPROVED TO BE PAID | PRIN. PAID / INT. PAID | PRIN. DUE / INT. DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | 316573 | ONEMAIN FINANCIAL<br>2008 TOYOTA CAMRY | PRO | UNS<br>100.0000 |  | 0.00<br>0.00 | 2,851.72 | 2,851.72<br>2,851.72 | 0.00<br>0.00 | 2,851.72<br>0.00 |
| 002 | 318446 | ONE MAIN FINANCIAL<br>20004 TOYOTA CAMRY | PRO | UNS<br>100.0000 |  | 0.00<br>0.00 | 2,944.88 | 2,944.88<br>2,944.88 | 0.00<br>0.00 | 2,944.88<br>0.00 |
| 003 | 258615 | CAPITAL ONE AUTO FINANCE<br>2016 NISSAN SENTRA | PRO | UNS<br>100.0000 | 04/2022 | 0.00<br>0.00 | 15,716.91 | 43.01<br>43.01 | 43.01<br>105.47 | 0.00<br>0.00 |
| 004 | 284662 | CREDIT ACCEPTANCE CORPORATION<br>2016 LEXUS | FIX | SEC<br>100.0000 | 08/2025<br>5.0000 | 482.00<br>1,767.61 | 23,013.97<br>02/04/2022 | 23,013.97<br>23,013.97 | 14,390.86<br>3,082.53 | 8,623.11<br>71.86 |
| 005B | 341026 | FREEDOM MORTGAGE | FIX | SEC<br>100.0000 | 12/2023 | 340.00<br>0.00 | 18,248.90 | 3,962.19<br>3,962.19 | 3,962.19<br>0.00 | 0.00<br>0.00 |
| 006 | 341026 | FREEDOM MORTGAGE<br>ARREARS FEES COST THRU JUNE 2022 | PRO-A | SEC<br>100.0000 |  | 0.00<br>0.00 | 4,484.52 | 4,484.52<br>4,484.52 | 0.00<br>0.00 | 4,484.52<br>0.00 |
| 007 | 341026 | FREEDOM MORTGAGE<br>ARREARS FEES COST THRU NOV 2022 | PRO-A | SEC<br>100.0000 |  | 0.00<br>0.00 | 4,096.52 | 4,096.52<br>4,096.52 | 0.00<br>0.00 | 4,096.52<br>0.00 |
| 777 | 000000 | DEBTOR | PRO-I | REF<br>100.0000 |  | 0.00<br>0.00 | Continuing | Continuing<br>Continuing | 0.00 | Closed |
| 994 | 20440 | COURT COST | FIX | SPC<br>100.0000 | 06/2022 | 77.50<br>0.00 |  | 313.00<br>313.00 | 313.00<br>0.00 | 0.00<br>0.00 |
| 997A | 328881 | THE LAW OFFICES OF KEITH R MARTIN<br>Attorney of Record | FIX | ATY<br>100.0000 | 08/2022 | 1,000.00<br>0.00 | 3,500.00 | 1,000.00<br>1,000.00 | 1,000.00<br>0.00 | 0.00<br>0.00 |
| 997B | 328881 | THE LAW OFFICES OF KEITH R MARTIN<br>2nd Atty Claim | FIX | ATY<br>100.0000 | 03/2024 | 550.00<br>0.00 |  | 1,100.00<br>1,100.00 | 1,100.00<br>0.00 | 0.00<br>0.00 |

CASE NO: 22-00273-DSC13  
STATUS:  
POT PLAN     DEBTOR: XXX-XX-6542  
RIDGEL, ELAINE     SCHEDULE: 1,104.00 MONTHLY

PLAN AND FILED CLAIMS

| CLAIM NO | CRED NO | CREDITOR NAME / CLAIM REMARK | DISB CODE | CLASS PAY% | LAST DISB INT. RATE | FIX PAY ARREARS | ORG. CLAIM INT. BEGIN | APPROVED TO BE PAID | PRIN. PAID INT. PAID | PRIN. DUE INT. DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 997C | 328881 | THE LAW OFFICES OF KEITH R MARTIN | PRO | ATY 100.0000 | 03/2024 | 0.00 0.00 | 0.00 | 1,400.00 1,400.00 | 209.09 0.00 | 1,190.91 0.00 |
|  |  | Trustee Administrative Fees |  |  |  |  |  | 1,658.01 | 1,658.01 |  |
|  |  |  |  | TOTALS: |  | 2,449.50 1,767.61 | 74,857.42 | 46,867.82 46,867.82 | 22,676.16 3,188.00 | 24,191.66 71.86 |

|  | ADMIN | ATTORNEY | PRIORITY | SECURED | UNSECURED | OTHER |  |  |
|---|---|---|---|---|---|---|---|---|
| CLAIM AMOUNT: | 313.00 | 3,500.00 | 0.00 | 35,557.20 | 5,839.61 | 0.00 |  |  |
| PAID BY TRUSTEE: | 313.00 | 2,309.09 | 0.00 | 18,353.05 | 43.01 | 0.00 |  |  |
| PAID BY 3rd PARTY: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |  |  |
| SUB TOTAL: | 0.00 | 1,190.91 | 0.00 | 17,204.15 | 5,796.60 | 0.00 | DUE CREDITORS: | 24,263.52 |
| INTEREST DUE: | 0.00 | 0.00 | 0.00 | 71.86 | 0.00 | 0.00 | EXPECTED ADMIN: | 1,368.22 |
| CONTINUING: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | LESS AVAILABLE: | 0.00 |
| BALANCE DUE: | 0.00 | 1,190.91 | 0.00 | 17,276.01 | 5,796.60 | 0.00 | APPROX BALANCE: | 25,631.74 |

PREVIOUS CASES:

| | | | |
|---|---|---|---|
| 9107801 | DISMISSED | 12/18/1992 | |
| 9307156 | PAID | 07/26/1996 | |
| 1700559 | DISMISSED | 02/07/2020 | Dismissed after Confirmation |
| 2000546 | DISMISSED | 02/01/2022 | Dismissed after Confirmation |

1st PAYMENT DUE: 03/06/2022

TRUSTEE'S SCHEDULE: 28,673.54  
ACTUAL PAYMENTS: 25,864.16  
AMOUNT BEHIND: 2,809.38    UNSECURED BASE: 1,550.00

Schedule Required to Pay Out Case in 60 Months: 1,275.89 MONTHLY (for 17 Months)    Needed To Complete: 21,342.13