# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - SOUTHERN DIVISION

**In the Matter of:**

Elaine Ridgel } **Case No: 22-00273-DSC13**
SSN: XXX-XX-6542 }
　DEBTOR(S). }
}
}

**COURTROOM DEPUTY NOTES**

| | |
|---|---|
| **Matter(s):** | 1) RE: Doc #116; Debtor's Objection to Claim #6 of Freedom Mortgage in the amount of $4,484.52 |
| | 2) RE: Doc #117; Debtor's Objection to Claim #7 of Freedom Mortgage in the amount of $4,096.52 |
| **Date and Time:** | Tuesday, October 07, 2025 09:30 AM |
| **Appearances:** | None |
| **Courtroom Deputy:** | Shewana Callies |
| **Presiding Judge:** | D. SIMS CRAWFORD |
| **Court Notes:** | 1) By agreement of the parties, this matter is settled and the parties shall submit a proposed order. |
| | 2) By agreement of the parties, this matter is settled and the parties shall submit a proposed order. |

Date Prepared: 10/03/2025