# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| ELAINE RIDGEL, | ) CASE NO.: 22-00273-DSC13 |
| Debtor. | ) |

## MOTION TO APPROVE SETTLEMENT

COMES NOW, Honora M. Gathings, and moves this Honorable Court to approve the settlement of the Debtor's claims in the case styled *Elaine Ridgel v. Sterling Glen Homeowner's Association Inc. et al., cv-2022-902627, Jefferson County, Alabama*, and as grounds for said motion, states as follows:

1. The Debtor filed suit in the Circuit Court of Jefferson County, Alabama, on September 1, 2022.

2. The Debtor entered into settlement in her case against Sterling Glen Homeowner's Association, Inc. and ALFA Agency Inc. on or about July 22, 2025.

3. The terms of the settlement are as follows:

    a. The Defendants will file a Joint Stipulation of Dismissal in the Circuit Court of Jefferson County.

    b. The Parties have reached a settlement of **$75,000.00** in this case.

    c. The expenses in the case total **$1,521.21**. A breakdown of the expenses is attached as Exhibit "A."

    d. The attorney's fees are 50%.

    e. This settlement is contingent on the settlement either being approved by the Trustee and the bankruptcy court or the claims against the Defendants being abandoned by the trustee and the bankruptcy court.

WHEREFORE, Honora M. Gathings moves this Honorable Court to approve the debtor's settlement so that the Settlement Administrator and/or Gathings Law may release the proceeds to the Trustee for the benefit of the Debtor's unsecured creditors.

Respectfully submitted, this the 30th day of October, 2025.

/s/ *Honora M. Gathings*
Honora M. Gathings
Special Counsel

**OF COUNSEL:**
Gathings Law
2140 11th Avenue South
Suite 210
Birmingham, AL 35205
(205) 322-1201
(205) 322-1202
hgathings@gathingslaw.com

# EXHIBIT A

Gathings & Associates
2140 11th Avenue South
Suite 210
Birmingham, AL 35205

# Statement

| Date |
|---|
| 10/16/2025 |

**To:**
Elaine Ridgel

| | Amount Due | Amount Enc. |
|---|---|---|
| | $1,453.90 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 09/08/2022 | Filing Fee<br>--- Account Receivable $598.63 | 598.63 | 598.63 |
| 10/10/2022 | Postage<br>--- Account Receivable $1.29 | 1.29 | 599.92 |
| 09/19/2023 | Alias Summons<br>--- Account Receivable $11.00 | 11.00 | 610.92 |
| 10/03/2023 | Process Server<br>--- Account Receivable $90.00 | 90.00 | 700.92 |
| 10/03/2023 | Postage<br>--- Account Receivable $0.67 | 0.67 | 701.59 |
| 11/15/2023 | Amended Complaint<br>--- Account Receivable $18.07 | 18.07 | 719.66 |
| 12/30/2023 | Copies<br>--- Account Receivable, 60 @ $0.30 = 18.00 | 18.00 | 737.66 |
| 12/24/2024 | Postage<br>--- Account Receivable $1.53 | 1.53 | 739.19 |
| 01/06/2025 | Copies<br>--- Account Receivable, 180 @ $0.30 = 54.00 | 54.00 | 793.19 |
| 01/14/2025 | Depo-ERidgel #31791<br>--- Account Receivable $660.04 | 660.04 | 1,453.23 |
| 01/14/2025 | Postage<br>--- Account Receivable $0.67 | 0.67 | 1,453.90 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 0.67 | 0.00 | 0.00 | 1,453.23 | 0.00 | $1,453.90 |



STRAT8GProcess, LLC
5387 US Highway 11
Springville, AL 35146

# Invoice

| Date | Invoice # |
|---|---|
| 10/3/2023 | 202374575 |

Bill To

Gathings Law
2140 - 11th Avenue South
Suite 210
Birmingham, Alabama 35205

**Remit to:**
STRAT8GProcess, LLC
5387 US Highway 11
Springville, AL 35146

| Phone # | Fax # | Toll Free | E-mail | Terms |
|---|---|---|---|---|
| (205) 517-8226 | | 800-530-6184 | david@strat8gprocess.com | Due on receipt |

| Date | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| 9/23/2023 | Served Summons / Subpoena<br>Elaine Ridgel vs Sterling Glen Homeowners Association Inc<br>Served:<br><br>Ingram and Associates LLC | 1 | 90.00 | 90.00 |

Invoices over 30 days will incur a one time late fee of $50.00 and 6% interest per month on the unpaid balance until the entire balance is paid in full. If collection on this account becomes necessary, the customer agrees to pay all reasonable attorney's fees plus court costs. Any legal action taken if necessary shall be governed under the laws of the State of Alabama.

| Total | $90.00 |
|---|---|

| State of Alabama<br>Unified Judicial System<br>Form C-34 Rev. 7/2023 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>01-CV-2022-902627.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
### ELAINE RIDGEL V. STERLING GLEN HOMEOWNER'S ASSOCIATION INC. ET AL

**NOTICE TO:** INGRAM AND ASSOCIATES LLC, C/O MARGI INGRAM, AGENT 1900 28TH AVE S SUITE 105, HOMEWOOD, AL 35209

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), LLOYD WEAVER GATHINGS

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 2140 11th Avenue S., Ste 210, BIRMINGHAM, AL 35205

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

[✓] You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

[ ] Service by certified mail of this Summons is initiated upon the written request below of pursuant to the Alabama Rules of the Civil Procedure.

*[Name(s)]*

| 09/19/2023 | /s/ JACQUELINE ANDERSON SMITH | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

[ ] Certified Mail is hereby requested.

*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

**Certified Mail**

[ ] Return receipt of certified mail received in this office on _____

*(Date)*

**Personal/Authorized**

[✓] I certify that I personally delivered a copy of this Summons and the Complaint or other document to

| Margi Ingram | in Jefferson | County, Alabama on 9/23/23 @ 3:55 pm |
|---|---|---|
| *(First and Last Name of Person Served)* | *(Name of County)* | *(Date)* |

Document left:

[ ] with above-named Defendant;

[✓] with an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

[ ] at the above-named Defendant's dwelling house or place or usual place of abode with some person of suitable age and discretion then residing therein.

**Return of Non-Service**

[ ] I certify that service of process of this Summons and the Complaint or other document was refused by

| _____ | in _____ | County, Alabama on _____ | who is: |
|---|---|---|---|
| *(First and Last Name of Person Served)* | *(Name of County)* | *(Date)* | |

[ ] the above-named Defendant;

[ ] an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

[✓] As a designated process server pursuant to Rule 4(i)(1)(B), Alabama Rules of Civil Procedure, I certify that I am at least 19 years of age, I am not a party to this proceeding, and I am not related within the third degree by blood or marriage to the party seeking service of process.

| *(Type of Process Server)* | /s/ David Clements<br>*(Server's Signature)*<br>David Clements<br>*(Server's Printed Name)* | David Clements / STRAT8GProcess, LLC<br>*(Address of Server)*<br>5387 US Highway 11<br>Springville, AL. 35146 (205) 517-8226 |
|---|---|---|
| *(Badge or Precinct Number of Sheriff or Constable)* | | |
| *(Badge or Precinct Number of Sheriff or Constable)* | *(Telephone Number of Designated Process Server)* | **Service Return Copy** |

Service Location : 513 Olde English Ln, Mountain Brook, AL 35223

# INVOICE

# Cite

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 31791 | 2/3/2025 | 19732 |

| Job Date | Case No. |
|---|---|
| 1/14/2025 | 01-CV-2022-902627 |

**Case Name**

Elaine Ridgel v. Sterling Glen Homeowner's Association, et al.

**Payment Terms**

Please remit payment in 15 days

Honora Gathings
Gathings Law
2140 11th Ave South #210
Birmingham, AL 35205

1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Elaine Ridgel | 209.00 Pages | @ | 2.860 | 597.74 |
| Exhibit | 141.00 Pages | @ | 0.300 | 42.30 |
| Processing | 1.00 | @ | 20.000 | 20.00 |

**TOTAL DUE >>>**     **$660.04**

Thank you for your business! Hard copies of this transcript are available upon request. You can pay online at www.citedepos.com, call us at 866.993.0207 or mail payment to:

Cite, LLC
PO Box 6173
Montgomery, AL 36106

THANK YOU!

BOA
103128394
064327

POSTED

**Tax ID:** 82-1643675

*Please detach bottom portion and return with payment.*

Honora Gathings
Gathings Law
2140 11th Ave South #210
Birmingham, AL 35205

Invoice No. : 31791
Invoice Date : 2/3/2025
**Total Due** : **$660.04**

Remit To: **Cite, LLC**
**PO Box 6173**
**Montgomery, AL 36106**

Job No. : 19732
BU ID : CITE, LLC
Case No. : 01-CV-2022-902627
Case Name : Elaine Ridgel v. Sterling Glen Homeowner's Association, et al.



# E-File Receipt

Credit Card: XXXX-XXXX-XXXX-8314  Reference Number: 23C5I72F
Filing Fee: $17.07  Stored Credit Card Fee: $0.00  Credit Card Service Fee: $1.00  Total: $18.07

Document Filed: **AMENDEDCOMPLAINT FILED**

Electronic Document Stamp: **CV20229026270011/15/2023 2:47:04 PM1b0b3538-3b44-4569-9eda-ddb76f958aac**

Case Info

| County | Case Number | Style | Judge |
|---|---|---|---|
| 01 | CV202290262700 | ELAINE RIDGEL V. STERLING GLEN HOMEOWNER'S ASSOCIATION INC. ET AL | BBG |

The following Documents were attached to this filing:

| Title | Description | Size | File Type | Location |
|---|---|---|---|---|
| AMENDED COMPLAINT | Plaintiff's First Amended Complaint | 0.155 | pdf | 2023-11-15 Ridgel First Amended Complaint.pdf |

Notice of this filing has been electronically served on:

| Party | Party Name | Code | Attorney | Email |
|---|---|---|---|---|
| C001 | RIDGEL ELAINE | GAT003 | GATHINGS HONORA MCKEOWN | hgathings@gathingslaw.com |
| C001 | RIDGEL ELAINE | GAT001 | GATHINGS LLOYD WEAVER II | lgathings@gathingslaw.com |
| D001 | STERLING GLEN HOMEOWNER'S ASSOCIATION INC. | THO257 | THOMAS ROBERT BENJAMIN II | BThomas@handfirm.com |
| D001 | STERLING GLEN HOMEOWNER'S ASSOCIATION INC. | HES006 | HESS MARK DAVID | mhess@handfirm.com |
| D003 | ALFA AGENCY INC. | MCA011 | MCALISTER DAVID LEE | dmcalister@carrallison.com |
| D003 | ALFA AGENCY INC. | GLA026 | GLANTON THOMAS BENJAMIN | tglanton@carrallison.com |

Notice of this filing must be served on the following parties:

| Party | Name | Address | City | State | Zip | Service |
|---|---|---|---|---|---|---|
| D002 | INGRAM AND ASSOCIATES LLC (PRO SE) | C/O MARGI INGRAM, AGENT | HOMEWOOD | AL | 35209 | |
| D004 | TYNES DEVELOPMENT CORPORATION | C/O TYNES INGRAM, AGENT 820SHADES CREEK PKWY#2300 | BIRMINGHAM | AL | 35209 | Certified Mail |



## E-File Receipt

Credit Card: XXXX-XXXX-XXXX-7567   Reference Number: 23KANDY6

Filing Fee: $10.00   Stored Credit Card Fee: $0.00   Credit Card Service Fee: $1.00   Total: $11.00

Document Filed: ALIASSUMMONS FILED

Electronic Document Stamp: CV2022902627009/19/2023 4:27:03 PM774a52e6-4ee2-4537-b62e-f29fd466375b

Case Info

| County | Case Number | Style | Judge |
|---|---|---|---|
| 01 | CV202290262700 | ELAINE RIDGEL V. STERLING GLEN HOMEOWNER'S ASSOCIATION INC. ET AL | BBG |

The following Documents were attached to this filing:

| Title | Description | Size | File Type | Location |
|---|---|---|---|---|
| COPY OF COMPLAINT | Copy of Complaint | 0.213 | pdf | 2022-09-01 (FILED) Complaint.pdf |

Notice of this filing must be served on the following parties:

| Party | Name | Address | City | State | Zip | Service |
|---|---|---|---|---|---|---|
| D002 | INGRAM AND ASSOCIATES LLC | C/O MARGI INGRAM, AGENT 1900 28TH AVE S SUITE 105 | HOMEWOOD | AL | 35209 | Private Process Server |



# E-File Receipt

Credit Card: XXXX-XXXX-XXXX-1412  Reference Number: 22INR4D5
Filing Fee: $497.56  Stored Credit Card Fee: $0.05  Credit Card Service Fee: $19.90  Total: $517.51

Document Filed: Negligence: General

Electronic Document Stamp: CV2022902627009/1/2022 5:16:44 PM2aea6add-1696-452e-ab06-a39d51be7a77

Case Info

| County | Case Number | Style | Judge |
|---|---|---|---|
| 01 | CV202290262700 | ELAINE RIDGEL v. STERLING GLEN HOMEOWNER'S ASSOCIATION INC. ET AL | |

The following Documents were attached to this filing:

| Title | Description | Size | File Type | Location |
|---|---|---|---|---|
| CIVIL COVER SHEET | CIRCUIT COURT - CIVIL CASE | 0.071 | pdf | |
| COMPLAINT | | 0.167 | pdf | 2022-09-01 Ridgel.Complaint.pdf |

Notice of this filing must be served on the following parties:

| Party | Name | Address | City | State | Zip | Service |
|---|---|---|---|---|---|---|
| D001 | STERLING GLEN HOMEOWNER'S ASSOCIATION INC. | 4559 STERLING GLEN LANE | PINSON | AL | 35126 | Certified Mail |
| D002 | INGRAM AND ASSOCIATES LLC | 3660 GRANDVIEW PARKWAY SUITE 100 | BIRMINGHAM | AL | 35243 | Certified Mail |
| D003 | ALFA AGENCY INC. | 2108 E SOUTH BOULEVARD | MONTGOMERY | AL | 36116 | Certified Mail |



# E-File Receipt

Credit Card: XXXX-XXXX-XXXX-8314   Reference Number: 23C5I72F
Filing Fee: $17.07   Stored Credit Card Fee: $0.00   Credit Card Service Fee: $1.00   Total: $18.07

Document Filed: AMENDEDCOMPLAINT FILED

Electronic Document Stamp: CV20229026270011/15/2023 2:47:04 PM1b0b3538-3b44-4569-9eda-ddb76f958aac

## Case Info

| County | Case Number | Style | Judge |
|---|---|---|---|
| 01 | CV202290262700 | ELAINE RIDGEL V. STERLING GLEN HOMEOWNER'S ASSOCIATION INC. ET AL | BBG |

## The following Documents were attached to this filing:

| Title | Description | Size | File Type | Location |
|---|---|---|---|---|
| AMENDED COMPLAINT | Plaintiff's First Amended Complaint | 0.155 | pdf | 2023-11-15 Ridgel First Amended Complaint.pdf |

## Notice of this filing has been electronically served on:

| Party | Party Name | Code | Attorney | Email |
|---|---|---|---|---|
| C001 | RIDGEL ELAINE | GAT003 | GATHINGS HONORA MCKEOWN | hgathings@gathingslaw.com |
| C001 | RIDGEL ELAINE | GAT001 | GATHINGS LLOYD WEAVER II | lgathings@gathingslaw.com |
| D001 | STERLING GLEN HOMEOWNER'S ASSOCIATION INC. | THO257 | THOMAS ROBERT BENJAMIN II | BThomas@handfirm.com |
| D001 | STERLING GLEN HOMEOWNER'S ASSOCIATION INC. | HES006 | HESS MARK DAVID | mhess@handfirm.com |
| D003 | ALFA AGENCY INC. | MCA011 | MCALISTER DAVID LEE | dmcalister@carrallison.com |
| D003 | ALFA AGENCY INC. | GLA026 | GLANTON THOMAS BENJAMIN | tglanton@carrallison.com |

## Notice of this filing must be served on the following parties:

| Party | Name | Address | City | State | Zip | Service |
|---|---|---|---|---|---|---|
| D002 | INGRAM AND ASSOCIATES LLC (PRO SE) | C/O MARGI INGRAM, AGENT | HOMEWOOD | AL | 35209 | |
| D004 | TYNES DEVELOPMENT CORPORATION | C/O TYNES INGRAM, AGENT 820SHADES CREEK PKWY#2300 | BIRMINGHAM | AL | 35209 | Certified Mail |