# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA - SOUTHERN DIVISION

**In the Matter of:**

| | | |
|---|---|---|
| Elaine Ridgel | } | **Case No: 22-00273-DSC13** |
| SSN: XXX-XX-6542 | } | |
| DEBTOR(S). | } | |
| | } | |
| | } | |

## ORDER CONDITIONALLY DENYING

This matter came before the Court on Tuesday, November 04, 2025 10:00 AM, for a hearing on the following:

    RE: Doc #128; Renewed Motion for Relief From Stay filed by Jackson Duncan, Attorney for Freedom Mortgage Corporation

Proper notice of the hearing was given and appearances were made by the following:

    Evan Eberhardt, attorney for Freedom Mortgage Corporation
    Keith Randal Martin, attorney for Elaine Ridgel (Debtor)
    Elaine Ridgel (Debtor)
    Lloyd Gathings, attorney
    Enslen L. Crowe, staff attorney for the Chapter 13 Trustee

**It is therefore ORDERED, ADJUDGED and DECREED that:**

Based on the filings and the arguments of counsel, and for the reasons set forth on the record during the hearing, the Motion for Relief from Stay is CONDITIONALLY DENIED. The Debtor shall resume the regular, monthly mortgage payments directly to the Movant beginning with the December 2025 payment. The Movant may file a proof of claim for the postpetition arrearage, fees, and costs through November 2025. In the event of a future default in mortgage payments, the Movant may file a pleading to renew its motion and a hearing will be scheduled by subsequent notice. The Debtor's Chapter 13 plan payments are modified to $1,155 monthly.

Dated: 11/17/2025                          /s/ D. SIMS CRAWFORD
                                                             D. SIMS CRAWFORD
                                                              United States Bankruptcy Judge