# Notice Recipients

District/Off: 1126–2  User: admin  Date Created: 11/17/2025
Case: 22–00273–DSC13  Form ID: pdfsty  Total: 25

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| tr | Bradford W. Caraway | ctmail@ch13bham.com |
| aty | Jackson E Duncan, III | jackson.duncan@mccalla.com |
| aty | Keith Randal Martin | krm70154@hotmail.com |
| aty | Michael McCormick | michael.mccormick@mccalla.com |
| aty | William C Poole | williampoole.wcp@outlook.com |

TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | |
|---|---|---|
| db | Elaine Ridgel | 4625 Sterling Glen Lane  Pinson, AL 35126 |
| cr | Capital One Auto Finance, a division of Capital One, N.A., c/o AIS Portfolio Services, LP | 4515 N Santa Fe Ave. Dept. APS  Oklahoma City, OK 73118 |
| cr | Capital One Auto Finance, a division of Capital One, N.A. | 4515 N Santa Fe Ave. Dept. APS  Oklahoma City, OK 73118 |
| sp | Honora M. Gathings  Lloyd W. Gathings  Gathings Law | 2140 11th Ave So., Suite 210  Birmingham, AL 35205 |
| aty | Honora M. Gathings  Gathings Law | 2140 11th Ave So, Suite 210  Birmingham, AL 35205 |
| 10832154 | CREDIT ACCEPTANCE | 25505 W 12 MILE RD  SOUTHFIELD MI 48034 |
| 10813699 | Capital One | P.O. Box 30285  Salt Lake City, UT 84130–0285 |
| 10813695 | Capital One Auto Finance | 3905 Dallas Pkwy  Credit Disputes  Plano, TX 75093 |
| 10830278 | Capital One Auto Finance, a division of Capital On | P.O. Box 4360  Houston, TX 77210 |
| 11239611 | Capital One Auto Finance, a division of Capital On | c/o AIS Portfolio Services, LLC  4515 N. Santa Fe Ave. Dept. APS  Oklahoma City, OK 73118 |
| 10813701 | Centerpoint Fire District | P.O. Box 9651  Birmingham, AL 35220 |
| 10813696 | Credit Acceptance | P.O. Box 513  Southfield, MI 48037 |
| 10813700 | Credit Bureau Associates | 420 College St  Macon, GA 31201 |
| 10931958 | Freedom Mortgage Corporation | Bankruptcy Department  11988 Exit 5 Parkway Bldg 4  Fishers IN 46037–9739 |
| 10848717 | Freedom Mortgage Corporation | Bankruptcy Department  11988 Exit 5 Parkway, Bldg 4  Fishers, IN 46037–9739 |
| 11024118 | Freedom Mortgage Corporation | Bankruptcy Department  11988 Exit 5 Pkwy Bldg 4  Fishers IN 46037–9739 |
| 10820027 | ONEMAIN | P.O. BOX 3251  EVANSVILLE, IN 47731–3251 |
| 10813697 | One Main | 300 Saint Palu Pl  Baltimore, MD 21202 |
| 10813702 | One Main | 430 Greensprings Hwy  Ste 13  Birmingham, AL 35209 |
| 10813698 | Roundpoint Mortgage | P.O. Box 674150  Dallas, TX 75267–4150 |

TOTAL: 20