UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

In re:
ELAIN RIDGEL,                                                                              Case No. 22-00273-DSC13

        Debtor.                                                             Chapter 13

**BANKRUPTCY ADMINISTRATOR'S RECOMMENDATION CONCERNING THE MOTION TO APPROVE SETTLEMENT (DOC. 138)**

      Comes now the Bankruptcy Administrator for the Northern District of Alabama ("BA"), by and through the undersigned, and files this Recommendation concerning the Motion to Approve Settlement (the "Motion"), (Doc. 138), and would submit as follows:

      1.      The Motion was filed on October 31, 2025.

      2.      The BA notes that it does not appear that the Motion contains a certificate of service.

      3.      On September 15, 2025, the Court entered an Order approving the employment of Honora M. Gathings and Lloyd W. Gathings of Gathings Law (Doc. 123), which provides that "[f]ees and expenses may be paid to said professional from property of the bankruptcy estate only on application after notice and hearing, and only as approved by this Court pursuant to §§ 330(a) and 331 of the Bankruptcy Code."

      4.      The Motion appears to request approval of a 50% contingency fee and expenses in the amount of $1,521.21.

      5.      Accordingly, the BA recommends no fee/expense award in conjunction with the Motion as it does not appear that a separate application for compensation has been filed as required by the Court and Local Rule 2016-1.

      Respectfully submitted the 25th day of November 2025.

                                                                          /s/ S. Scott Allums
                                                                          S. Scott Allums
                                                                          Assistant U.S. Bankruptcy Administrator

OFFICE OF U.S BANKRUPTCY ADMINISTRATOR
Northern District of Alabama
2005 University Boulevard, Suite 1300
Tuscaloosa, Alabama 35401
(205) 561-1690
Scott_Allums@alnba.uscourts.gov

# CERTIFICATE OF SERVICE

      This is to certify that on November 25, 2025, I have served a copy of the foregoing BANKRUPTCY ADMINISTRATOR'S RECOMMENDATION CONCERNING THE MOTION TO APPROVE SETTLEMENT of on the parties listed below by email or if the party being served is a registered participant in the CM/ECF System for the United States Bankruptcy Court for the Northern District of Alabama, service has been made by a "Notice of Electronic Filing" pursuant to FRBP 9036 in accordance with the Court's Administrative Procedures.

Bradford W. Caraway
Chapter 13 Standing Trustee
P O Box 10848
Birmingham, AL 35202-0848
205 323-4631
***Service provided via CM/ECF to:***
ctmail@ch13bham.com

Honora M. Gathings
***Service provided via e-mail to:***
hgathings@gathingslaw.com

Lloyd W. Gathings
***Service provided via e-mail to:***
lgathings@gathingslaw.com

Keith Randal Martin
Keith R. Martin, Attorney at Law
2100 1st Ave North
Ste 220
Birmingham, AL 35203
205-581-1299
***Service provided via CM/ECF to:***
krm70154@hotmail.com

                                        /s/ S. Scott Allums
                                        S. Scott Allums