# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

In the Matter of:                )
                                 )   Case No. 22-00273-DSC
Elaine Ridgel,                   )
                                 )
    Debtor.                      )   Chapter 13

## NOTICE AND ORDER

The matter came before the Court on Tuesday, December 2, 2025 09:30 AM, for a hearing on the following:

    RE: Doc #138; Motion to Approve Settlement filed by Honora Gathings and Gathings Law as Special Counsel for the Debtor.

Proper notice of the hearing was given and appearances were made by the following:

    Elaine Ridgel
    Keith Randal Martin, attorney for Elaine Ridgel (Debtor)
    Rachel Webber, attorney for U.S. Bankruptcy Administrator
    Lloyd W. Gathings and Gathings Law, special counsel
    Enslen L. Crowe, staff attorney for the Chapter 13 Trustee

**It is therefore ORDERED, ADJUDGED and DECREED that:**

Based on the filings and arguments of counsel, and for the reasons set forth on the record during the hearing, the Motion to Approve Settlement is GRANTED with the following conditions:

1. Within 7 days of this Order, Special Counsel shall file proof of service of the Motion on Sterling Glen Homeowner's Association, Inc., and ALFA Agency, Inc., consistent with Fed. R. Bankr. P. 7004;

2. Upon the filing of proper proof of service, all parties in interest have 14 days to file a written objection and a request for hearing. If an objection and request are filed timely, a hearing will be scheduled by separate notice.

3. If no objections are filed timely, Special Counsel is authorized to disburse $16,500 of the net settlement proceeds to Bradford W. Caraway, Chapter 13 Standing Trustee, P.O. Box 3789, Jackson, MS 39207 for the benefit of the Debtor's Chapter 13 case.

4. Also, if no objections are filed timely, Special Counsel is authorized to disburse the remaining balance of the net settlement proceeds directly to the Debtor, Elaine Ridgel.

5. Special Counsel shall continue to hold in trust that portion of the settlement earmarked for attorney's fees and expenses pending further orders of this Court on the Application for Compensation and Expenses filed by Lloyd W. Gathings and Gathings Law (doc. 147), which is scheduled for hearing on January 6, 2026.

Dated: December 4, 2025

/s/ D. Sims Crawford
D. SIMS CRAWFORD
United States Bankruptcy Judge