# Notice Recipients

District/Off: 1126–2     User: admin     Date Created: 12/4/2025
Case: 22–00273–DSC13     Form ID: pdf000     Total: 27

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| tr | Bradford W. Caraway | ctmail@ch13bham.com |
| ba | S. Scott Allums | scott_allums@alnba.uscourts.gov |
| aty | Jackson E Duncan, III | jackson.duncan@mccalla.com |
| aty | Keith Randal Martin | krm70154@hotmail.com |
| aty | Michael McCormick | michael.mccormick@mccalla.com |
| aty | William C Poole | williampoole.wcp@outlook.com |

TOTAL: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Elaine Ridgel | 4625 Sterling Glen Lane    Pinson, AL 35126 |
| cr | Capital One Auto Finance, a division of Capital One, N.A., c/o AIS Portfolio Services, LP | 4515 N Santa Fe Ave. Dept. APS    Oklahoma City, OK 73118 |
| cr | Capital One Auto Finance, a division of Capital One, N.A. | 4515 N Santa Fe Ave. Dept. APS    Oklahoma City, OK 73118 |
| sp | Honora M. Gathings    Lloyd W. Gathings    Gathings Law | 2140 11th Ave So., Suite 210    Birmingham, AL 35205 |
| aty | Honora M. Gathings    Gathings Law | 2140 11th Ave So, Suite 210    Birmingham, AL 35205 |
| 10832154 | CREDIT ACCEPTANCE    25505 W 12 MILE RD | SOUTHFIELD MI 48034 |
| 10813699 | Capital One    P.O. Box 30285 | Salt Lake City, UT 84130–0285 |
| 10813695 | Capital One Auto Finance    3905 Dallas Pkwy | Credit Disputes    Plano, TX 75093 |
| 10830278 | Capital One Auto Finance, a division of Capital On    P.O. Box 4360 | Houston, TX 77210 |
| 11239611 | Capital One Auto Finance, a division of Capital On    c/o AIS Portfolio Services, LLC | 4515 N. Santa Fe Ave. Dept. APS    Oklahoma City, OK 73118 |
| 10813701 | Centerpoint Fire District    P.O. Box 9651 | Birmingham, AL 35220 |
| 10813696 | Credit Acceptance    P.O. Box 513 | Southfield, MI 48037 |
| 10813700 | Credit Bureau Associates    420 College St | Macon, GA 31201 |
| 11775508 | FREEDOM MORTGAGE CORPORATION    Bankruptcy Department | 11988 EXIT 5 PKWY BLDG 4    Fishers IN 46037–7939 |
| 10931958 | Freedom Mortgage Corporation    Bankruptcy Department | 11988 Exit 5 Parkway Bldg 4    Fishers IN 46037–9739 |
| 10848717 | Freedom Mortgage Corporation    Bankruptcy Department | 11988 Exit 5 Parkway, Bldg 4    Fishers, IN 46037–9739 |
| 11024118 | Freedom Mortgage Corporation    Bankruptcy Department | 11988 Exit 5 Pkwy Bldg 4    Fishers IN 46037–9739 |
| 10820027 | ONEMAIN    P.O. BOX 3251 | EVANSVILLE, IN 47731–3251 |
| 10813697 | One Main    300 Saint Palu Pl | Baltimore, MD 21202 |
| 10813702 | One Main    430 Greensprings Hwy    Ste 13 | Birmingham, AL 35209 |
| 10813698 | Roundpoint Mortgage    P.O. Box 674150 | Dallas, TX 75267–4150 |

TOTAL: 21