# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - SOUTHERN DIVISION

In the Matter of:

| | |
|---|---|
| Elaine Ridgel }<br>SSN: XXX-XX-6542 }<br>  DEBTOR(S). }<br>}<br>} | **Case No: 22-00273-DSC13** |

## ORDER APPROVING

This matter came before the Court on Tuesday, January 13, 2026 09:30 AM, for a hearing on the following:

   1) RE: Doc #158; Amended Application for Compensation in the amount of $29,450.89 and Reimbursement of Expenses in the amount of $1,372.78 filed by Honora Gathings, Special Counsel for Debtor

   2) RE: Doc #153; Bankruptcy Administrator's Statement of Review Regarding Application for Compensation and Reimbursement of Expenses

Proper notice of the hearing was given and appearances were made by the following:

   Bradford W. Caraway (Trustee)
   Lloyd Gathings
   Keith Randal Martin, attorney for Elaine Ridgel (Debtor)
   Rachel L. Webber, attorney for U.S. Bankruptcy Administrator

**It is therefore ORDERED, ADJUDGED and DECREED that:**

   Based on the filings and arguments of counsel, and for the reasons set forth on the record during the hearing, the Amended Application for Final Compensation is approved in the amount of $29,450.89 for fees and $1,372.78 for expenses.

Dated: 01/16/2026

/s/ D. SIMS CRAWFORD
D. SIMS CRAWFORD
United States Bankruptcy Judge