# Notice Recipients

District/Off: 1126–2  User: admin  Date Created: 1/16/2026
Case: 22–00273–DSC13  Form ID: pdf000  Total: 13

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| tr | Bradford W. Caraway | ctmail@ch13bham.com |
| ba | S. Scott Allums | scott_allums@alnba.uscourts.gov |
| ba | Rachel L. Webber | rachel_webber@alnba.uscourts.gov |
| aty | Honora M. Gathings | hgathings@gathingslaw.com |
| aty | Jackson E Duncan, III | jackson.duncan@mccalla.com |
| aty | Keith Randal Martin | krm70154@hotmail.com |
| aty | Michael McCormick | michael.mccormick@mccalla.com |
| aty | William C Poole | williampoole.wcp@outlook.com |

TOTAL: 8

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Elaine Ridgel | 4625 Sterling Glen Lane   Pinson, AL 35126 |
| cr | Capital One Auto Finance, a division of Capital One, N.A., c/o AIS Portfolio Services, LP   4515 N Santa Fe Ave. Dept. APS   Oklahoma City, OK 73118 | |
| cr | Capital One Auto Finance, a division of Capital One, N.A.   4515 N Santa Fe Ave. Dept. APS   Oklahoma City, OK 73118 | |
| sp | Honora M. Gathings   Lloyd W. Gathings   Gathings Law   2140 11th Ave So., Suite 210   Birmingham, AL 35205 | |
| aty | Honora M. Gathings   Gathings Law   2140 11th Ave So, Suite 210   Birmingham, AL 35205 | |

TOTAL: 5