United States Bankruptcy Court

Northern District of Alabama

In re:  Case No. 22-00273-DSC  
Elaine Ridgel  Chapter 13  
    Debtor

# CERTIFICATE OF NOTICE

District/off: 1126-2      User: admin      Page 1 of 2  
Date Rcvd: Jan 16, 2026      Form ID: pdf000      Total Noticed: 4

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**  
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Elaine Ridgel, 4625 Sterling Glen Lane, Pinson, AL 35126-7620 |
| aty | + | Honora M. Gathings, Gathings Law, 2140 11th Ave So, Suite 210, Birmingham, AL 35205-2840 |
| sp | + | Honora M. Gathings, Lloyd W. Gathings, Gathings Law, 2140 11th Ave So., Suite 210, Birmingham, AL 35205-2840 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 17 2026 00:32:42 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2026      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 16, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bradford W. Caraway | ctmail@ch13bham.com  trusteeALNB1R@ecf.epiqsystems.com |

Honora M. Gathings
    on behalf of Special Counsel Honora M. Gathings hgathings@gathingslaw.com clerk@gathingslaw.com

Jackson E Duncan, III
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION jackson.duncan@mccalla.com mccallaecf@ecf.courtdrive.com

Keith Randal Martin
    on behalf of Debtor Elaine Ridgel krm70154@hotmail.com alxuab@hotmail.com;keithmartinlawfirm@gmail.com;r47454@notify.bestcase.com

Michael McCormick
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION michael.mccormick@mccalla.com mjm@mccallaraymer.com,mccallaecf@ecf.courtdrive.com

Rachel L. Webber
    rachel_webber@alnba.uscourts.gov

S. Scott Allums
    scott_allums@alnba.uscourts.gov dana_gilliam@alnba.uscourts.gov

William C Poole
    on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A. williampoole.wcp@outlook.com, debbie_presley@bellsouth.net

TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - SOUTHERN DIVISION

In the Matter of:

Elaine Ridgel } **Case No: 22-00273-DSC13**
 SSN: XXX-XX-6542 }
   DEBTOR(S). }
 }
 }

## ORDER APPROVING

This matter came before the Court on Tuesday, January 13, 2026 09:30 AM, for a hearing on the following:

 1) RE: Doc #158; Amended Application for Compensation in the amount of $29,450.89 and Reimbursement of Expenses in the amount of $1,372.78 filed by Honora Gathings, Special Counsel for Debtor
 2) RE: Doc #153; Bankruptcy Administrator's Statement of Review Regarding Application for Compensation and Reimbursement of Expenses

Proper notice of the hearing was given and appearances were made by the following:
 Bradford W. Caraway (Trustee)
 Lloyd Gathings
 Keith Randal Martin, attorney for Elaine Ridgel (Debtor)
 Rachel L. Webber, attorney for U.S. Bankruptcy Administrator

**It is therefore ORDERED, ADJUDGED and DECREED that:**

 Based on the filings and arguments of counsel, and for the reasons set forth on the record during the hearing, the Amended Application for Final Compensation is approved in the amount of $29,450.89 for fees and $1,372.78 for expenses.

Dated: 01/16/2026
                                                                /s/ D. SIMS CRAWFORD
                                                                D. SIMS CRAWFORD
                                                                United States Bankruptcy Judge